RANDALL P. MROCZYNSKI (SBN. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1119

Attorneys for Secured Creditor
FREEDOMROAD FINANCIAL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>FARSHAD FASIHI HARANDI,<br><br>Debtor. | Case No.: 9:19-bk-10449-DS<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION BETWEEN DEBTOR FARSHAD FASIHI HARANDI AND CREDITOR FREEDOMROAD FINANCIAL FOR MAINTENANCE OF ADEQUATE PROTECTION PAYMENTS AND RESOLUTION OF CLAIM TREATMENT ISSUES; DECLARATION OF RANDALL P. MROCZYNSKI IN SUPPORT THEREOF**<br><br>[F.R.B.P. Rule 4001(d)(1)]<br><br>[No Hearing Requested] |

TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY COURT JUDGE, AND ALL PARTIES IN INTEREST:

**PLEASE TAKE NOTICE** that Movant, FREEDOMROAD FINANCIAL ("FRF"), will and hereby does move this Court for an Order approving that certain Stipulation for Maintenance of Adequate Protection Payments and Resolution of Claim Treatment Issues (the "Stipulation") entered into between FRF and Debtor-in-Possession FARSHAD FASIHI HARANDI ("Debtor"). A true and

1

correct copy of the Stipulation is attached to the Declaration of Randall P. Mroczynski in support hereof as Exhibit "A". The original Stipulation and Order thereon will be filed upon expiration of the notice period provided by Local Bankruptcy Rule 9013-1(o) unless opposition to the instant motion is timely filed.

This Motion is made pursuant to Federal Rule of Bankruptcy Procedure 4001(d) and Local Bankruptcy Rule 9013-1(o)(1), which provides that this motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(o) requires that any party objecting to this motion must file a response to this motion, with service upon Movant and the United States Trustee and request a hearing within fourteen (14) days after the date of service of this notice plus three (3) additional days if you were served by mail, electronically or pursuant to F.R.Civ.P. 5(b)(2)(D), (E) or (F). If you fail to comply with this deadline, the Court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

## MOTION

This Motion is made upon the following grounds:

Pre-petition, Debtor entered into a Retail Installment Sale Contract (the "Contract") with FRF for the purchase of a 2018 KTM Super Duke R Motorcycle, VIN VBKV39407JM986681 (the "Motorcycle").

FRF properly perfected its security interest in the Motorcycle pre-petition.

By way of the Stipulation, FRF and Debtor wish to provide for payment of pre-confirmation adequate protection payments to FRF with respect to the Motorcycle and to resolve all issues pertaining to the treatment of FRF's claims in any proposed plan of reorganization filed or to be filed by Debtor herein.

The primary terms of the Stipulation provide as follows: Debtor consents to the allowance of FRF's secured claim in the amount of $16,860.55. Debtor shall make monthly pre-confirmation adequate protection payments and post-confirmation plan payments to FRF with respect to FRF's

2

secured claim in the amount of $339.37 each commencing January 14, 2020 and continuing on the 14th day of each month thereafter.

Debtor shall cure the post-petition amount in default with respect to FRF's indebtedness computed as of December 15, 2019, in the amount of $3,054.33 in twelve (12) monthly installments of $254.53 each to be paid commencing January 14, 2020 and continuing to and through December 14, 2020.

So long as Debtor makes all payments required to be paid pursuant to the Stipulation on a timely basis, then once the principal balance of the obligation under the Contract has been reduced to $1,500.00, FRF shall forgive the remaining balance.

Each specific term of the Stipulation is as set forth in the Exhibit "A" to the Declaration of Randall P. Mroczynski.

WHEREFORE Movant respectfully requests the Court to approve the Stipulation, a true and correct copy of which is attached to the Declaration of Randall P. Mroczynski as Exhibit "A".

DATED: January 27, 2020          COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By:_____
RANDALL P. MROCZYNSKI
Attorney for Movant
FREEDOMROAD FINANCIAL

3

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977

## DECLARATION OF RANDALL P. MROCZYNSKI

I, RANDALL P. MROCZYNSKI, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of Cooksey Toolen Gage Duffy & Woog, attorneys of record for Movant FREEDOMROAD FINANCIAL ("FRF").

2. I make the following Declaration based upon my own personal knowledge, and if called upon to do so, I could and would competently testify to the facts stated herein.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Stipulation subject of this Motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and was executed this 27TH day of January, 2020 at Costa Mesa, California.

_____
RANDALL P. MROCZYNSKI

8000.1428  3514020.1

EXHIBIT "A"

RANDALL P. MROCZYNSKI (SBN. 156784)
rmroczynski@cookseylaw.com
**COOKSEY, TOOLEN, GAGE, DUFFY & WOOG**
A Professional Corporation
535 Anton Boulevard, Tenth Floor
Costa Mesa, California 92626-1977
Telephone: (714) 431-1100
Facsimile: (714) 431-1119

Attorneys for Secured Creditor
FREEDOMROAD FINANCIAL

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>FARSHAD FASIHI HARANDI,<br><br>                Debtor-in-Possession. | CASE NO. 9:19-bk-10449-DS<br><br>CHAPTER 11<br><br>**STIPULATION FOR MAINTENANCE OF ADEQUATE PROTECTION PAYMENTS AND RESOLUTION OF CLAIM TREATMENT ISSUES**<br><br>[No Hearing Required] |

IT IS HEREBY STIPULATED AND AGREED by and between Secured Creditor, FREEDOMROAD FINANCIAL ("FRF") and Debtor, FARSHAD FASIHI HARANDI ("Debtor"), by and through their respective counsel who have the authority to so stipulate, based on the following recitals of fact:

## RECITALS

1. Pre-petition, Debtor entered into a Retail Installment Sale Contract (the "Contract") with FRF for the purchase of a 2018 KTM Super Duke R Motorcycle, VIN VBKV39407JM986681 (the "Motorcycle").

2. FRF properly perfected its security interest in the Motorcycle pre-petition.

3. By way of this Stipulation, FRF and Debtor wish to provide for payment of pre-confirmation adequate protection payments to FRF with respect to the Motorcycle and to resolve all

1

issues pertaining to the treatment of FRF's claims in any proposed plan of reorganization filed or to be filed by Debtor herein.

## THE STIPULATION

**NOW, WHEREFORE,** it is hereby stipulated and agreed as follows, based on the foregoing Recitals which are incorporated into this Stipulation by reference:

1. The fair market value of the Motorcycle shall be fixed at $16,860.55.

2. Debtor consents to the allowance of FRF's all secured claim in the amount of $16,860.55. Interest on FRF's secured claim shall be paid at the Contract rate of 7.99%. Debtor shall make monthly pre-confirmation adequate protection payments and post-confirmation plan payments to FRF with respect to FRF's secured claim in the amount of $339.37 commencing January 14, 2020 and continuing on the 14th day of each month thereafter.

3. Debtor shall cure the post-petition amount in default, computed as of December 15, 2019, in the amount of $3,054.33 in twelve (12) monthly installments of $254.53 to be paid commencing January 14, 2020 and continuing to and through December 14, 2020.

4. So long as Debtor makes all payments required to be paid or all defaults cured pursuant to this Stipulation on a timely basis, then once the principal balance of the obligation under the Contract has been reduced to $1,500.00, FRF shall forgive said remaining balance.

5. Payments shall be made to FRF at: FreedomRoad Financial c/o Wayfinder BK, LLC, BIN #51571, P.O. Box 51571, Los Angeles, CA 90051-5871.

6. Any plan of reorganization proposed by the Debtor shall provide for treatment of FRF's claims consistent with the terms of this Stipulation. FRF's secured claim shall be designated as an impaired claim in any such plan. A copy of this Stipulation and the order approving this Stipulation shall be attached as an exhibit to Debtor's Plan of Reorganization and the Order Confirming Debtor's Plan of Reorganization shall reference this Stipulation and state that in the event of any inconsistency between the Debtor's confirmed Plan of Reorganization and this Stipulation, it is the intention of the Debtor and FRF that the terms of this Stipulation shall supersede such inconsistent Plan terms and control the treatment of FRF's claims. FRF shall support any plan

2

of reorganization proposed by the Debtor that provides for the treatment of FRF's claim in a manner consistent with this Stipulation.

7. Debtor shall, at all times, maintain a policy of insurance covering the Motorcycle against physical damage, fire damage and theft.

8. If Debtor fails to timely tender the payments required under this Stipulation, or if Debtor fails to maintain insurance as required by this Stipulation, FRF, after providing Debtor and Debtor's counsel with written notice of said default and fourteen (14) days opportunity to cure the same, may file a Declaration with this Court noting said default and lodge a proposed Order terminating the automatic stay which Order may be entered without further notice or hearing and which will provide that FRF may retake possession of and liquidate the Motorcycle pursuant to applicable non-bankruptcy law. Debtor shall be entitled to a maximum of three (3) notices of default and opportunities to cure pursuant to this Paragraph. Should Debtor default three times on the obligations imposed by this Stipulation, and be provided three notices of default on those defaults, FRF shall have no obligation to provide any further notice of default or opportunity to cure, and FRF may file a declaration noting said default and a proposed order terminating the stay which the Court may enter without further notice or hearing.

9. In the event FRF obtains relief from the automatic stay pursuant to the default provisions of this Stipulation, the stay provided by Bankruptcy Rule 4001(a)(3) will not apply.

10. Notwithstanding Paragraph 8 hereof or any contrary term in Debtor's Plan of Reorganization, with respect to any post-confirmation default under this Stipulation occurring after the automatic stay is no longer in effect by operation of 11 U.S.C. § 362(c), FRF need only provide Debtor and Debtor's counsel with written notice of said post-confirmation default and ten (10) days opportunity to cure the default after which, if the default is not timely cured, FRF may then and there take any and all steps to retake possession of and sell the Motorcycle in accordance with applicable non-bankruptcy law.

11. The terms of this Stipulation shall be operative only while the above-captioned matter is pending as an active Chapter 11 case before this Court. In the event that the case is dismissed or

3

//

converted to a case under another Chapter of the Bankruptcy Code, the terms of this Stipulation shall be null and void and shall no longer be binding upon the parties.

IT IS SO STIPULATED:

DATED: December 30, 2019

COOKSEY, TOOLEN, GAGE, DUFFY & WOOG

By: _____
Randall P. Mroczynski
**Attorneys for Creditor**
FREEDOMROAD FINANCIAL

DATED: December 27, 2019

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem
**Attorneys for Debtor**
FARSHAD FASIHI HARANDI

4

8000.1428  3501997.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**535 ANTON BLVD., 10TH FLOOR; COSTA MESA, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION TO APPROVE STIPULATION BETWEEN DEBTOR FARSHAD FASIHI HARANDI AND CRDITOR FREEDOMROAD FINANCIAL FOR MAINTENANCE OF ADEQUATE PROTECTION PAYMENTS AND RESOUTION OF CLAIM TREATMENT ISSUES; DECLARATION OF RANDALL P. MROCZYSKI IN SUPPOT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/28/20, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David A. Tilem, Attorney for Debtor: davidtilem@tilemlaw.com
U.S. Trustee (ND): ustpregion16.nd.ecf@usdoj.gov
Brian D. Fittipaldi, Attorney for U.S. Trustee: brian.fittipaldi@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/28/20, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| Debtor: | Attorney for Debtor: | U.S. Bankruptcy Judge: |
|---|---|---|
| Farshad Fasihi Harandi | David A. Tilem | Honorable Deborah J. Saltzman |
| 26060 Pacific Coast Hwy. | Law Offices of David A. Tilem | U.S. Bankruptcy Court |
| Malibu, CA 90265 | 206 N. Jackson Street, Ste. 201 | 255 E. Temple Street, Suite 1634 |
|  | Glendale, CA 91206 | Los Angeles, CA 90012 |

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/28/20 | DALIN SUON | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**F 9013-3.1.PROOF.SERVICE**
6701.1039　3445230.1

ADDITIONAL SERVICE INFORMATION
In re Farshad Fasihi Harandi
Bankruptcy Case No.: 9:19-bk-10449-DS

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
   - Elizabeth Ann Harandi, elizabethharandi@aol.com
   - Brandon Winston, brandonjwinston@gmail.com
   - Nancy L. Lee, bknotice@mccarthyholthus.com
   - Amid Bahadori, atb@bahadorilaw.com
   - Merdauf Jafarnia, bknotice@mccarthyholthus.com

2. **SERVED BY UNITED STATES MAIL:**

### List of Creditors Holding 20 Largest Unsecured Claims

| | | |
|---|---|---|
| Pouneh Harandy<br>429 18th Street<br>Santa Monica, CA 90402 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Credit One Bank, NA<br>6801 South Cimarron Road<br>Las Vegas, NV 89119 |
| Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812 | Capital One Bank<br>4851 Cox Road<br>Glen Allen, VA 23060 | Gerald Powell<br>Hacienda Pinilla<br>Provincia de Guanacaste<br>Playa Avellana, Costa Rica |
| Freedom Road Financial<br>Evergreen Bank Group<br>1515 West 22nd Street, Ste. 100W<br>Oak Brook, IL 60523 | | |

- Debtor only listed the above creditors on the list of Creditors Holding 20 Largest Unsecured Claims.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
6701.1039  3445230.1

F 9013-3.1.PROOF.SERVICE