David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax: 818-507-6800
DavidTilem@TilemLaw.com

Proposed Attorneys for Debtor and Debtor-
    In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>**FARSHAD FASIHI HARANDI,**<br><br>        Debtor. | **Case No. 9:19-bk-10449-DS**<br>Chapter 11<br><br>**CHAPTER 11 STATUS REPORT**<br><br><u>Hearing</u><br>Date:  February 18, 2020<br>Time:  11:30 a.m.<br>Place: Courtroom 201<br>       1415 State Street<br>       Santa Barbara, CA 93101 |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

<u>HISTORICAL BACKGROUND</u>

The estate includes a tri-plex (the "Property) with substantial value which Debtor contends is approximately $7 million. The Property is subject to one deed of trust and the creditor is owed approximately $5 million. The mortgage is substantially in arrears. The Court denied the lender's relief from stay motion in an Order entered December 12, 2019 (Dkt. #164).

Debtor, with his current wife and child, occupy one unit.

Debtor's ex-wife ("Elizabeth") and their children occupy a second unit. Neither "pays" rent. The third unit has been occupied by an unrelated rent-paying party.

Elizabeth has filed an adversary proceeding (9:19-ap-01035) raising issues related to dischargeability, declaratory relief related to a claim of community property interest in the Property and seeking other relief.

## STATUS REPORT

1. Efforts to mediate the issues raised in the adversary proceeding filed by Elizabeth are still ongoing. What remains unresolved is the dispute over whether Elizabeth has any community property interest in the Malibu property and, if so, the extent of that community property interest. The parties continue to engage in discovery. A joint status report was filed on February 4.

2. Though the automatic stay is statutorily not applicable to divorce proceedings (other than those affecting property of the estate), and notwithstanding the Court's "comfort" Order (Dkt. #166) granting Elizabeth's relief from stay motion (Dkt. #154), Debtor's Counsel is unaware of any steps taken by Elizabeth in the State Court to clarify whether existing Orders do, or do not provide for the payment of support. Nor has she filed anything affirmatively seeking a support award.

3. Debtor's efforts to sell the Malibu property remain stymied. The buyer who agreed to pay $5.9 million in October, 2019 has cancelled the escrow although Debtor believes that buyer is still considering the purchase. Debtor is simultaneously negotiating with another buyer who has offered $5.5 million. Debtor's Counsel was not informed of the cancellation of the

original escrow and discovered it only after the fact on inquiry to Debtor's broker.  Debtor's broker has advised Debtor's counsel that buyer's concerns related to issues raised by the City of Malibu (see below).  Counsel has not been provided with any documents related to the escrow or any new offers and is, therefore, unable to provide any additional information or details to the Court. Debtor's broker has agreed to provide copies of all relevant documernst to Debtor's counsel

4. As represented by Debtor's broker, efforts to sell have been hampered by municipal authorities who have raised questions about the size of the septic system and the number of parking spaces, both as they relate to the number of housing units.  Debtor is working with the City to try to resolve these concerns.

5.   Debtor's counsel has been informed that the rent-paying tenant has "given notice" and intends to vacate the premises as of February 29, 2020.  Debtor has located a new tenant who has agreed to pay the same amount of rent plus up to $500/month for repairs and maintenance expenses.  The tenancy is contingent upon Debtor replacing carpets, replacing the HVAC unit and making other repairs which Debtor is undertaking.

6. The Office of the United States Trustee has filed a motion to dismiss or convert the case as Debtor has fallen behind in the preparation of monthly reports and the payment of quarterly fees.  The most recent report was filed for the month of July, 2019.  It is alleged that approximately $2,200 in quarterly fees is unpaid since 1st quarter, 2019.  Debtor will remit the requested amount on February 13, 2020 and believes that he will then be overpaid. Opposition to the motion is due February 18, 2020. A

hearing on that motion is set for March 3, 2020 at 11:30 a.m. Debtor hopes to complete the missing reports prior to that date and hopes that the motion will be withdrawn.

7. If the Property can be sold, Debtor believes that all claims would be paid in full.

Dated: February 12, 2020          LAW OFFICES OF DAVID A. TILEM

                                  By: /s/ David A. Tilem
                                      David A. Tilem, Proposed
                                      Attorneys for Debtors and
                                      Debtors-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled **CHAPTER 11 STATUS REPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **02/12/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **02/12/2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah Saltzman,
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **02/12/2020** | **Joan J. Fidelson** | /s/ **Joan J. Fidelson** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Merdaud Jafarnia**   bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Nancy L Lee**   bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Brandon Winston**   brandonjwinston@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

## Service List

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One Bank, N.A.
4851 Cox Road
Glen Allen, VA 23060

Chase
270 Park Avenue
New York, NY 10017

Credit One
PO Box 98873
Las Vegas, NV 89193

Credit One Bank, NA
6801 South Cimarron Road
Las Vegas, NV 89119

Credit One Corporation
Credit One
1551 N. Tustin Ste. 1020
Santa Ana, CA 92705

Credit One Corporation
Credit One
2333 N. Broadway Ste. 400
Santa Ana, CA 92706

CT Corporation System
JP Morgan Chase Bank
111 Eighth Ave., 13th Floor
New York, NY 10011

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812

Franchise Tax Board
PO Box 942840
Sacramento, CA 94240

Freedom Road Financial
Evergreen Bank Group
1515 West 22nd Street, Suite 100W
Oak Brook, IL 60523

Freedom Road Financial
10509 Professional Circle
Suite 202
Reno, NV 89521

Gerard Powell
Hacienda Pinilla
Provincia de Guanacaste
Playa Avellana, Costa Rica

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jack Guy
26060 Pacific Coast Highway #1
Malibu, CA 90265

JP Morgan Chase & Co.
1111 Polaris Parkway
Columbus, OH 43240

JP Morgan Chase Bank USA, NA
c/o JaVonne M. Phillips
411 Ivy Street
San Diego, CA 92101

JP Morgan Chase Bank USA, NA
201 North Walnut Street
Wilmington, DE 19801

Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197

Pouneh Harandy
429 18th Streeet
Santa Monica, CA 90402

Ardalan Samandari
1429 Westwood Blvd.
Los Angeles, CA 90024-4911

Elizabeth Ann Harandi
26060 Pacific Coast Highway, #3
Malibu, CA 90265

Julie M. Haroutunian, CPA, AAC
10370 Commerce Center Drive
Suite 100
Rancho Cucamonga, CA 91730

Latanya Sewell, Esq.
Law Offices of Latanya Sewell
12121 Wilshire Blvd., #501
Los Angeles, CA 90025

Scott Decker
400 W. Ventura Blvd. Ste. 245
Camarillo, CA 93010

Valerian Financial Group, LLC
Haig Keledjian
PO Box 1020
South Pasadena, CA 91031

County Assessor
County Government Center, Room 100
San Luis Obispo, CA 93408-0001

County Tax Collector
P.O. Box 357
Santa Barbara, CA 93102-0357

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

JPMorgan Chase Bank, National Association
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe LA 71203-4774