```
David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax: 818-507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor and Debtor-
     In-Possession
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re: | **Case No. 9:19-bk-10449-DS** |
| | Chapter 11 |
| | **DEBTOR'S UPDATED APPRAISAL SUBMITTED IN OPPOSITION TO MOTION BY JP MORGAN CHASE BANK N.A. FOR APPOINTMENT OF CHAPTER 11 TRUSTEE OR TO CONVERT CASE** |
| **FARSHAD FASIHI HARANDI,** | |
| | <u>Hearing</u> |
| | Date: March 16, 2020 |
| | Time: 11:30 a.m. |
| | Place: 201 |
| Debtor. | 1415 State Street |
| | Santa Barbara, CA 93101 |

Debtor opposes the motion by JP Morgan Chase Bank NA to appoint a Chapter 11 trustee or convert his case and submitted opposition on March 3, 2020 (Dkt. #191).

The opposition included an appraisal which failed to take into consideration objections raised by the City of Malibu - specifically that the property needed an upgraded (or new or larger) septic tank and additional parking.

/ / /

/ / /

1 | The appraiser, having now been informed of these matters, has
2 | submitted a revised appraisal report.

3 | Dated: March 9, 2020                LAW OFFICES OF DAVID A. TILEM

5 | By: _____
6 |     David A. Tilem, Attorneys for Debtor

## DECLARATION OF ELI AKIBA

I, Eli Akiba, declare and state as follows:

1. This statement is based on my personal knowledge. If asked to do so, I would testify to the contents of this statement in Court.

2. I am a professional appraiser. My license number is AR023619 and my license expiration date is July 5, 2021. A true and correct copy of my resume is attached as Exhibit "2".

3. I was asked by Farshad Harandi to appraise the property located at 26060 Pacific Coast Highway, Malibu, CA 90265. I did so, and a copy of my report signed March 2, 2020 was provided.

4. I subsequently received information about the costs needed to address septic and parking concerns raised by the City of Malibu. I was provided with a cost estimate as to the septic tank work by a licensed contractor and I estimated the costs of installing car lifts in the existing garage space based on Marshall and Swift.

5. Based on this new information, I have updated my appraisal. The updated report, signed March 6, 2020, includes a copy of the estimate for the septic tank work.

6. I was paid $1,800 for this work.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that this Declaration was signed by me on March 6, 2020 at Venice, California.

_____
ELI AKIBA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled **DEBTOR'S UPDATED APPRAISAL SUBMITTED IN OPPOSITION TO MOTION BY JP MORGAN CHASE BANK N.A. FOR APPOINTMENT OF CHAPTER 11 TRUSTEE OR TO CONVERT CASE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/09/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **03/09/2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **03/09/2020** | **Joan J. Fidelson** | /s/ **Joan J. Fidelson** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**ECF Service List:**

- **Brian D Fittipaldi**  brian.fittipaldi@usdoj.gov
- **Merdaud Jafarnia**  bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Nancy L Lee**  bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Randall P Mroczynski**  randym@cookseylaw.com
- **Valerie Smith**  claims@recoverycorp.com
- **Nichlas P Spallas**  bknotices@spallasjones.com
- **David A Tilem**  davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (ND)**  ustpregion16.nd.ecf@usdoj.gov
- **Sharon Z. Weiss**  sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Brandon Winston**  brandonjwinston@gmail.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**