| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>David A. Tilem (SBN 103825)<br>LAW OFFICES OF DAVID A. TILEM<br>206 North Jackson Street, Suite 201<br>Glendale, California 91206<br>Tel: 888-257-7648 * 818-507-6000<br>Fax:(818) 507-6800<br>DavidTilem@TilemLaw.com<br><br>*Attorney for:* Debtor | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Farshad Fasishi Harandi,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-10449-DS<br>CHAPTER: 11<br><br>**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014**<br><br>**(File with Application for Employment)**<br><br>[No Hearing Required] |
|---|---|

1. Name, address and telephone number of the professional (Professional) submitting this Statement:

    Eli Akiba Tel: 310-430-4396
    2432 Glencoe Avenue
    Venice, CA 90291

2. The services to be rendered by the Professional in this case are *(specify)*:
    Appraisal on the Debtor's property.

3. The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:
    Appraisal fee of $1,800. Compensation source is Debtor's Sister, Pouneh Harandy.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                          F 2014-1.STMT.DISINTEREST.PROF

4. The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) held by the Professional are *(specify)*:
Nonrefundable

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:
I have been a licensed appraiser for 30 years and have to adhere to USPAP, which demands appraisers to be unbias in apprising any property. I appraised this property so long ago, I no longer have the file in paper or digital form and only remember the property due to its uniqueness

6. The following is a complete description of all of the Professional's connections with the Debtor, principals of the Debtor, insiders, the Debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee *(specify, attaching extra pages as necessary)*:
The professional did an appraisal for the mortgage after the time of purchase in or around 2002 - 2003, hired by mortgage broker Chris Sedlack.

7. The Professional is not a creditor, an equity security holder or an insider of the Debtor, except as follows *(specify, attaching extra pages as necessary)*:
Not applicable

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:
Not applicable/none

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:
Eli Akiba Tel: 310-430-4396
2432 Glencoe Avenue
Venice, CA 90291

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 2                            F 2014-1.STMT.DISINTEREST.PROF

11. The Professional is not a relative or employee of the United States trustee or a bankruptcy judge, except as follows *(specify, attaching extra pages as necessary)*:

Not applicable

12. Total number of attached pages of supporting documentation: _____

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 are stated on information and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/03/2020 | Eli Akiba | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                Page 3                            F 2014-1.STMT.DISINTEREST.PROF

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled **STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER FRBP 2014** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/10/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **03/10/2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah Saltzman
United States Bankruptcy Court
255 E. Temple Street, Suite 1634
Los Angeles, CA 90012

Debtor:
Farshad Harandi
26060 Pacific Coast Highway
Malibu, CA 90265

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **03/10/2020** | **Joan J. Fidelson** | /s/ **Joan J. Fidelson** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Merdaud Jafarnia**   bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Nancy L Lee**   bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **Nichlas P Spallas**   bknotices@spallasjones.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Brandon Winston**   brandonjwinston@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**

**Service List**

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One Bank, N.A.
4851 Cox Road
Glen Allen, VA 23060

Chase
270 Park Avenue
New York, NY 10017

Credit One
PO Box 98873
Las Vegas, NV 89193

Credit One Bank, NA
6801 South Cimarron Road
Las Vegas, NV 89119

Credit One Corporation
Credit One
1551 N. Tustin Ste. 1020
Santa Ana, CA 92705

Credit One Corporation
Credit One
2333 N. Broadway Ste. 400
Santa Ana, CA 92706

CT Corporation System
JP Morgan Chase Bank
111 Eighth Ave., 13th Floor
New York, NY 10011

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812

Franchise Tax Board
PO Box 942840
Sacramento, CA 94240

Freedom Road Financial
Evergreen Bank Group
1515 West 22nd Street, Suite 100W
Oak Brook, IL 60523

Freedom Road Financial
10509 Professional Circle
Suite 202
Reno, NV 89521

Gerard Powell
Hacienda Pinilla
Provincia de Guanacaste
Playa Avellana, Costa Rica

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jack Guy
26060 Pacific Coast Highway #1
Malibu, CA 90265

JP Morgan Chase & Co.
1111 Polaris Parkway
Columbus, OH 43240

JP Morgan Chase Bank USA, NA
c/o JaVonne M. Phillips
411 Ivy Street
San Diego, CA 92101

JP Morgan Chase Bank USA, NA
201 North Walnut Street
Wilmington, DE 19801

Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197

Pouneh Harandy
429 18th Streeet
Santa Monica, CA 90402

Ardalan Samandari
1429 Westwood Blvd.
Los Angeles, CA 90024-4911

Elizabeth Ann Harandi
26060 Pacific Coast Highway, #3
Malibu, CA 90265

Julie M. Haroutunian, CPA, AAC
10370 Commerce Center Drive
Suite 100
Rancho Cucamonga, CA 91730

Latanya Sewell, Esq.
Law Offices of Latanya Sewell
12121 Wilshire Blvd., #501
Los Angeles, CA 90025

Scott Decker
400 W. Ventura Blvd. Ste. 245
Camarillo, CA 93010

Valerian Financial Group, LLC
Haig Keledjian
PO Box 1020
South Pasadena, CA 91031

County Assessor
County Government Center, Room 100
San Luis Obispo, CA 93408-0001

County Tax Collector
P.O. Box 357
Santa Barbara, CA 93102-0357

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

JPMorgan Chase Bank, National Association
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe LA 71203-4774