| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David A. TIlem (SBN.103825)<br>Law Offices of David A. Tilem<br>206 North Jackson Street, Suite 201<br>Glendale, CA 91206<br>Tel:888-257-7648 *818-507-6000<br>    Fax: 818-507-6800<br>DavidTilem@TilemLaw.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>FARSHAD FASIHI HARANDI,<br><br><br><br><br><br><br><br>                                                                   Debtor(s). | CASE NO.: 9:19-bk-10449-DS<br><br>CHAPTER: 11<br><br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br><br>**LBR 9013-1(o)(3)**<br><br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☐ attorney for Movant(s) or ☒ employed by attorney for Movant(s).

2. On (*date*): 03/23/2020   Movant(s) filed a motion or application (Motion) entitled: MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS COUNSEL OF RECORD FOR DEBTOR AND DEBTOR-IN-POSESSION FARSHAD HARANDI; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID A. TILEM

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 03/23/2020   Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17   days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                               Page 1                                **F 9013-1.2.NO.REQUEST.HEARING.DEC**

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 04/13/2020

_____
Signature

Diana Chau
Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 2    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

**"EXHIBIT A"**

```
David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
     Fax: 818-507-6800
DavidTilem@TilemLaw.com

Attorneys for Debtor and Debtor-
     In-Possession
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| In re: | ) **Case No. 9:19-bk-10449-DS** |
|---|---|
| | ) |
| | ) Chapter 11 |
| | ) |
| **FARSHAD FASIHI HARANDI,** | ) **NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS COUNSEL OF RECORD FOR DEBTOR AND DEBTOR-IN-POSSESSION FARSHAD FASIHI HARANDI; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID A. TILEM** |
| | ) |
| | ) [NO HEARING REQUIRED] |
| Debtor. | ) |
| _____ | ) |

**TO THE HONORABLE DEBORAH SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

Movant LAW OFFICES OF DAVID A. TILEM ("LODAT"), has filed a motion entitled Notice of Motion and Motion for Order Authorizing Withdrawal as Counsel of Record for Debtor and debtor-in-possession Farshad Fasihi Harandi ("Debtor").

Movant is asking the court to grant the motion without a hearing, as provided for in LBR 9013-1(o).

/ / /

The motion is based upon the legal and factual grounds set forth and briefly described in the attached Description of Relief Sought.

  **X** The full motion is attached hereto; or

  ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:** Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). If you fail to comply with this deadline, the court may treat such failure as waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: March 23, 2020

LAW OFFICES OF DAVID A. TILEM

By: _____
David A. Tilem
Attorneys for Debtor

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

Farshad Fasihi Harandi ("Debtor"), an individual, filed a voluntary petition under Chapter 11 on March 14, 2019 (the "Petition Date"). Debtor was represented at that time by attorney Amid Bahadori ("Bahadori") of Bahadori Law Group, PC.

The Firm was retained on March 21, 2019 and filed a substitution of attorney on March 26, 2019.

A motion to employ LODAT as counsel to the debtor-in-possession was filed on March 26, 2019 (Dkt. #21). The motion was granted in an Order entered on April 25, 2019 (Dkt. #48).

### II.

### ARGUMENT

LODAT was employed as general bankruptcy counsel to the debtor-in-possession to represent the estate in the bankruptcy case and related adversary proceedings.

A Motion to Appoint a Chapter 11 Trustee was filed on February 19, 2020 (Dkt. #177). The motion was granted over opposition in an Order entered on March 18, 2020 (Dkt. #202). As a result, there no longer is a "debtor-in-possession" who needs representation.

To be clear, pursuant to the retainer agreement LODAT was not employed to represent Mr. Harandi, but rather as counsel to the debtor-in-possession entitled to compensation pursuant to §507(a)(2). That role has now ended.

/ / /

/ / /

/ / /

## III.

## CONCLUSION

Based on the foregoing it is appropriate that this motion be granted, and that the Law Offices of David A. Tilem be permitted to withdraw as general counsel from representing the debtor-in-possession without prejudice to LODAT's right to be compensated for services previously performed or to be performed before LODAT is relieved as counsel.

Debtor has been advised that he may employ LODAT or other counsel of his choosing to represent him as the case continues.

Dated: March 23, 2020

LAW OFFICES OF DAVID A. TILEM

By: /s/ David A. Tilem
    David A. Tilem

### DECLARATION OF DAVID A. TILEM

I, David A. Tilem, declare and state as follows:

1. I am an attorney at law licensed to practice before this Court.

2. This Declaration is based on my personal knowledge. If asked to do so, I would testify to the statements made below.

3. I caused to be filed a motion to employ LODAT as counsel to the debtor-in-possession on March 26, 2019 (Dkt. #21). The motion was granted in an Order entered on April 25, 2019 (Dkt. #48).

4. A Motion to appoint a Chapter 11 Trustee was filed on February 19, 2020 (Dkt. #177). The motion was granted over opposition in an Order entered on March 18, 2020 (Dkt. #202).

5. Pursuant to the retainer agreement, representation as counsel to the debtor-in-possession has ended.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this Declaration was signed on March 23, 2020 at Henderson, Nevada.

David A. Tilem

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled **NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING WITHDRAWAL AS COUNSEL OF RECORD FOR DEBTOR AND DEBTOR-IN-POSSESSION FARSHAD FASIHI HARANDI; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF DAVID A. TILEM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **03/23/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **03/23/2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Deborah Saltzman  
United States Bankruptcy Court  
255 E. Temple Street, Suite 1634  
Los Angeles, CA 90012

Debtor:  
Farshad Harandi  
26060 Pacific Coast Highway  
Malibu, CA 90265

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/23/2020 | **Joan J. Fidelson** | /s/ **Joan J. Fidelson** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Brian D Fittipaldi**   brian.fittipaldi@usdoj.gov
- **Merdaud Jafarnia**   bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Nancy L Lee**   bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Randall P Mroczynski**   randym@cookseylaw.com
- **Valerie Smith**   claims@recoverycorp.com
- **Nichlas P Spallas**   bknotices@spallasjones.com
- **David A Tilem**   davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (ND)**   ustpregion16.nd.ecf@usdoj.gov
- **Sharon Z. Weiss**   sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Brandon Winston**   brandonjwinston@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

**Service List**

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One Bank, N.A.
4851 Cox Road
Glen Allen, VA 23060

Chase
270 Park Avenue
New York, NY 10017

Credit One
PO Box 98873
Las Vegas, NV 89193

Credit One Bank, NA
6801 South Cimarron Road
Las Vegas, NV 89119

Credit One Corporation
Credit One
1551 N. Tustin Ste. 1020
Santa Ana, CA 92705

Credit One Corporation
Credit One
2333 N. Broadway Ste. 400
Santa Ana, CA 92706

Franchise Tax Board
PO Box 2952
Sacramento, CA 95812

Franchise Tax Board
PO Box 942840
Sacramento, CA 94240

Freedom Road Financial
Evergreen Bank Group
1515 West 22nd Street, Suite 100W
Oak Brook, IL 60523

Freedom Road Financial
10509 Professional Circle
Suite 202
Reno, NV 89521

Gerard Powell
Hacienda Pinilla
Provincia de Guanacaste
Playa Avellana, Costa Rica

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jack Guy
26060 Pacific Coast Highway #1
Malibu, CA 90265

JP Morgan Chase & Co.
1111 Polaris Parkway
Columbus, OH 43240

JP Morgan Chase Bank USA, NA
c/o JaVonne M. Phillips
411 Ivy Street
San Diego, CA 92101

JP Morgan Chase Bank USA, NA
201 North Walnut Street
Wilmington, DE 19801

Mercedes Benz Financial
PO Box 5209
Carol Stream, IL 60197

Pouneh Harandy
429 18th Streeet
Santa Monica, CA 90402

Ardalan Samandari
1429 Westwood Blvd.
Los Angeles, CA 90024-4911

Elizabeth Ann Harandi
26060 Pacific Coast Highway, #3
Malibu, CA 90265

Julie M. Haroutunian, CPA, AAC
10370 Commerce Center Drive
Suite 100
Rancho Cucamonga, CA 91730

Latanya Sewell, Esq.
Law Offices of Latanya Sewell
12121 Wilshire Blvd., #501
Los Angeles, CA 90025

Scott Decker
400 W. Ventura Blvd. Ste. 245
Camarillo, CA 93010

Valerian Financial Group, LLC
Haig Keledjian
PO Box 1020
South Pasadena, CA 91031

County Assessor
County Government Center, Room 100
San Luis Obispo, CA 93408-0001

County Tax Collector
P.O. Box 357
Santa Barbara, CA 93102-0357

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

JPMorgan Chase Bank, National Association
c/o Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe LA 71203-4774

**RETURNED MAIL:**
CT Corporation System
JP Morgan Chase Bank
111 Eighth Ave., 13th Floor
New York, NY 10011

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled **DECLARATTION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1 (o)(3)** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **04/13/2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **04/13/2020,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Farshad Harandi
26060 Pacific Coast Highway
Malibu, CA 90265

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/13/2020 | **Diana Chau** | /s/**Diana Chau** |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**ECF Service List:**

- **Brian D Fittipaldi**    brian.fittipaldi@usdoj.gov
- **Merdaud Jafarnia**    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- **Nancy L Lee**    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- **Randall P Mroczynski**    randym@cookseylaw.com
- **Valerie Smith**    claims@recoverycorp.com
- **Nichlas P Spallas**    bknotices@spallasjones.com
- **David A Tilem**    davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Sharon Z. Weiss**    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- **Brandon Winston**    brandonjwinston@gmail.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                           **F 9013-3.1.PROOF.SERVICE**